NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HORIZON GLOBAL AMERICAS INC.,**
*Appellant*

**v.**

**CURT MANUFACTURING, LLC,**
*Appellee*

---

2020-2203

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00625.

---

**JUDGMENT**

---

DAVID BOGDAN CUPAR, McDonald Hopkins LLC, Cleveland, OH, argued for appellant.  Also represented by MATTHEW JOHN CAVANAGH.

DENNIS J. ABDELNOUR, Honigman LLP, Chicago, IL, argued for appellee.  Also represented by SCOTT BARNETT, Bloomfield Hills, MI; J. MICHAEL HUGET, Ann Arbor, MI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2021          /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court